1086

No. 85-1375. BAWCUM v. MARSH, SECRETARY OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 85-1390. ARMSTRONG ET AL. v. THOMAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 85-1398. ALEMANY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 85-1416. ARUBA BONAIRE CURACAO TRUST CO. LTD., TRUSTEE OF THE SUPRIANO TRUST, ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 85-5213. LODOWSKI v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 85-5214. ELFADL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 85-5938. GONZALES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85-6051. COLE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85-6073. WENTZ v. DEPARTMENT OF JUSTICE. C. A. 7th Cir. Certiorari denied.

No. 85-6082. ELLIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85-6091. WILEY v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85-6092. ROGERS v. SUPREME COURT OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 85-6095. CLIPP v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85-6100. KALYON v. NEW YORK. Sup. Ct. N. Y., Kings County. Certiorari denied.